LYNN B. PACKER et al., Appellants, *v.* JOHN R. VAN WAG-
ENEN et al., as Executors of PEREZ PACKER, Deceased, et
al., Respondents, Impleaded with Others.

W. B. MATTERSON, as Guardian ad Litem, Appellant.

*Packer* v. *Van Wagenen,* 136 App. Div. 904, affirmed.
(Argued February 16, 1911; decided March 3, 1911.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
January 21, 1910, affirming a judgment in favor of defend-
ants entered upon a verdict directed by the court in an
action to determine the validity of the will of Perez Packer,
deceased.

*I. H. Palmer* and *Thomas E. Courtney* for appellants.

*Howard D. Newton* and *William H. Sullivan* for respondents.

Judgment affirmed, with costs to respondents payable out of the estate; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and COLLIN, JJ. Absent: HAIGHT, J.